IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) JOMAR BULTRON-HERNANDEZ**<br>2) EFRAIN G. JUARBE-CALDERON<br>Defendants | CRIMINAL 12-0461CCC |

**ORDER**

Having considered the Report and Recommendation filed on January 18, 2013 (**docket entry 60**) on a Rule 11 proceeding of defendant Jomar Bultrón-Hernández (1) held before U.S. Magistrate Judge Marcos E. López on January 15, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 15, 2013. The **sentencing hearing is set for April 16, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on February 8, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge